No. 676. General Industries Co. *v*. 20 Wacker Drive Building Corp. et al. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals

for the Seventh Circuit denied. *Ralph M. Snyder* for petitioner. *William C. Wines* for respondents.